**STATE of Vermont v. Martyn P. RUSH, No. 162-77**

September 28, 1978. Appellant's Motion to Reverse and Remand is granted. *Wemyss* v. *Viens*, 125 Vt. 81, 82, 211 A.2d 238 (1965). Appellee's Motion to Dismiss denied.

**John C. FAIRCHILD v. John M. CAROLAN, No. 313-77**

September 28, 1978. Appeal dismissed pursuant to entry of September 13, 1978.

**Wyman FLINT and Patricia Flint v. John BOURGEOIS, Andre Bourgeois, and Bourgeois Masonry, Inc., No. 354-77**

September 28, 1978. Motion to Dismiss for failure to order transcript is granted. V.R.A.P. 12(c).

**Bradley HOCKMEYER v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 117-78**

September 28, 1978. Appeal dismissed for failure to conform to the requirements of 32 V.S.A. § 1431. V.R.A.P. 3(b).

**HODGSON HOUSES, INC. d/b/a Sondik of Vermont, Chittenden Trust Co., Intervenor, and Peerless Insurance Co., Intervenor v. C.D.S. CORPORATION, No. 271-78**

October 2, 1978. The judgment appealed from not being a final order, the motion to dismiss the appeal is granted. V.R.C.P. 54(b).